1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Claude M. Stern (Bar No. 96737
2    claudestern@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
3  Redwood Shores, California  94065
   Telephone:     (650) 801-5000
4  Facsimile:     (650) 801-5100

5    Shon Morgan (Bar No. 187736)
     shonmorgan@quinnemanuel.com
6    Vincent M. Pollmeier (Bar No. 210684)
     vincentpollmeier@quinnemanuel.com
7  865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543          ***E-FILED - 2/12/09***

8

9  Attorneys for Defendant
   ELECTRONIC ARTS, INC.
10

11
                     UNITED STATES DISTRICT COURT
12
                  NORTHERN DISTRICT OF CALIFORNIA
13
                      SAN FRANCISCO DIVISION
14

15  DIANNA CORTEZ, an individual, on behalf      CASE NO. C 08 4917 RMW
    of herself and all others similarly situated

16              Plaintiff,

17         vs.                                   **AMENDED STIPULATION EXTENDING
                                                 TIME TO RESPOND TO COMPLAINT
18  ELECTRONIC ARTS, INC.                          AND ORDER**

19              Defendant.

20

21

22

23

24

25

26

27

28

quinn emanuel

1    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that:

2    1.      Whereas there is a pending motion to deem the above-captioned case

3            related to *Eldridge v. Electronic Arts, Inc.*, Case No. C 08 4733 RMW in

4            the U.S. District Court for the Northern District of California;

5    2.      Whereas a substantially similar new case was filed on November 26, 2008

6            in the Oakland Division of the U.S. District Court for the Northern District

7            of California[1], and, when served, defendants intend to move to have that

8            case related to *Eldridge v. Electronic Arts, Inc.*;

9    3.      Whereas plaintiff's counsel in the this matter and *Eldridge* are discussing a

10           proposed Case Management Order that would contemplate filing a

11           consolidated complaint in these two matters, which would be submitted to

12           this Court by January 23, 2009;

13   4.      Therefore, the time for defendant to respond to the complaint shall be

14           continued until 30 days following the filing and service of any consolidated

15           complaint or denial of the motion to relate.  By entering into this stipulation,

16           defendant does not waive any defense to the complaint, including lack of

17           jurisdiction.

18

19

20   DATED:  December 16, 2008          Respectfully submitted,

21                                      QUINN EMANUEL URQUHART OLIVER &
                                        HEDGES, LLP
22

23                                        By   /s/ Vincent M. Pollmeier
24                                           Vincent M. Pollmeier
                                             Attorneys for Defendant
25                                           ELECTRONIC ARTS, INC.

26

27
     [1]   *McQuown v. Electronic Arts, Inc.*, Case No. C 08 5373 WDB.
28

quinn emanuel

1   DATED:  December 16, 2008              GIRARD GIBBS LLP

2

3                                          By  /s/ Eric H. Gibbs
                                              Eric H. Gibbs
4                                             Attorneys for Plaintiff

5

6   PURSUANT TO STIPULATION, IT IS SO ORDERED:

7

8

9

10                                          Hon. Ronald M. Whyte

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  I, Vincent M. Pollmeier, am the ECF user whose identification and password are being used to file

2  this stipulation.  In compliance with General Order 45.X.B, I hereby attest that the other signatory

3  has concurred in this filing.

4

5  DATED:  December 16, 2008                    Respectfully submitted,

6                                               QUINN EMANUEL URQUHART OLIVER &
                                                 HEDGES, LLP
7

8                                                By   /s/ Vincent M. Pollmeier
                                                     Vincent M. Pollmeier
9                                                    Attorneys for Defendant
10                                                   ELECTRONIC ARTS, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-                          Case No. C 08 4917 SC

AMENDED STIPULATION TO EXTEND TIME TO RESPOND